# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
MENN, MICHAEL § Case No. 11-26859
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Phillip D. Levey_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No.: | 11-26859 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
| Case Name: | MENN, MICHAEL | | | Date Filed (f) or Converted (c): | 06/28/11 (f) |
| | | | | 341(a) Meeting Date: | 07/29/11 |
| For Period Ending: | 03/21/15 | | | Claims Bar Date: | 06/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 3. Joint money market account at Harris | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Whole life insurance policy with Sun Life | 0.00 | 0.00 | | 0.00 | FA |
| 7. IRA at Prudential | 35,340.35 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. IRA at Prudential | 35,312.63 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 100% ownership interest in Michael Menn, Ltd (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10. Commissions | 0.00 | 0.00 | | 0.00 | FA |
| 11. Hublot and Rolex Watches (u) | 1,000.00 | 0.00 | | 1,300.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Ira Singer Note (u) | 36,500.00 | 0.00 | | 0.00 | FA |
| 13. Michael Frazin Note (u) | 36,500.00 | 0.00 | | 0.00 | FA |
| 14. Commissions due Michael Menn, Ltd. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Tax Refund (u) | 4,800.00 | 8,094.00 | | 8,094.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. 1999 Lexus (u) | 2,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. Office Equipment (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

Case 11-26859 Doc 84 Filed 03/24/15 Entered 03/24/15 16:06:32 Desc Main
Document Page 4 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

Case No: 11-26859 TB Judge: TIMOTHY A. BARNES  
Case Name: MENN, MICHAEL

Trustee Name: Phillip D. Levey  
Date Filed (f) or Converted (c): 06/28/11 (f)  
341(a) Meeting Date: 07/29/11  
Claims Bar Date: 06/20/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. 4 Bears Season Ticket Licenses (u) | 7,000.00 | 23,000.00 | | 23,000.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.62 | Unknown |

TOTALS (Excluding Unknown Values)     $162,052.98     $31,094.00     $32,394.62     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Resolution of Trustee's objections to Claim Nos. 5 and 7.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 02/15/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-26859 -TB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MENN, MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2945 Checking |
| Taxpayer ID No: | *******9878 | | | |
| For Period Ending: | 03/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 20,624.36 | | 20,624.36 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.71 | 20,611.65 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.13 | 20,598.52 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.70 | 20,585.82 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.11 | 20,572.71 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.58 | 20,542.13 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 17.31 | 20,524.82 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.59 | 20,497.23 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.48 | 20,466.75 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.44 | 20,437.31 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.38 | 20,406.93 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.36 | 20,377.57 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.30 | 20,347.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.25 | 20,317.02 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 20,287.79 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.16 | 20,257.63 |
| 12/05/13 | 11 | Michael Menn | Sale of Watches | 1229-000 | 1,300.00 | | 21,557.63 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.15 | 21,528.48 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.76 | 21,496.72 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.96 | 21,464.76 |
| 02/26/14 | 15 | Michael Menn | Tax Refund - Installment | 1224-000 | 1,094.00 | | 22,558.76 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.98 | 22,529.78 |
| 03/16/14 | 15 | Gerri Menn | Tax Refund Installment | 1224-000 | 1,000.00 | | 23,529.78 |
| | | 1930 Phillips | | | | | |
| | | Northbrook, IL | | | | | |
| 04/01/14 | 010002 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 5.68 | 23,524.10 |
| | | | Page Subtotals | | 24,018.36 | 494.26 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-26859 -TB | | Trustee Name: | Phillip D. Levey |
| Case Name: | MENN, MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2945 Checking |
| Taxpayer ID No: | *******9878 | | | |
| For Period Ending: | 03/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.21 | 23,489.89 |
| 04/30/14 | 15 | Gerri Menn | Tax Refund-Installment Payment | 1224-000 | 2,000.00 | | 25,489.89 |
| | | 1930 Phillips Ave | | | | | |
| | | Northbrook, IL | | | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.90 | 25,455.99 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.85 | 25,418.14 |
| 06/18/14 | 15 | Michael Menn | Tax Refund-Installment Payment | 1224-000 | 1,000.00 | | 26,418.14 |
| 06/18/14 | 15 | Michael Menn | Tax Refund-Installment Payment | 1224-000 | 1,500.00 | | 27,918.14 |
| 07/06/14 | 15 | Michael Menn | Tax Refund-Installment Payment | 1224-000 | 1,500.00 | | 29,418.14 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.13 | 29,380.01 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.25 | 29,336.76 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.62 | 29,293.14 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.15 | 29,250.99 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.49 | 29,207.50 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.02 | 29,165.48 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.36 | 29,122.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 30,018.36 | 896.24 | 29,122.12 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 20,624.36 | 0.00 | |
| | | Subtotal | | 9,394.00 | 896.24 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 9,394.00 | 896.24 | |

Page Subtotals    6,000.00    401.98

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-26859 -TB | | Trustee Name: | Phillip D. Levey |
| Case Name: | MENN, MICHAEL | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6257 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9878 | | | |
| For Period Ending: | 03/21/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/12 | | Transfer Marketplace<br>3120 Southwest Freeway, Suite 615<br>Houston, TX 77098 | Sale of Bears Tickets | | 20,700.00 | | 20,700.00 |
| | 18 | TRANSFER MARKETPLACE | Memo Amount: 23,000.00<br>Sale of Bears Tickets | 1129-000 | | | |
| | | TRANSFER MARKETPLACE | Memo Amount: ( 2,300.00 )<br>Transaction Fee | 2500-000 | | | |
| 05/31/12 | 19 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 20,700.12 |
| 06/29/12 | 19 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,700.28 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.60 | 20,675.68 |
| 07/31/12 | 19 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,675.86 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 27.12 | 20,648.74 |
| 08/30/12 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 20,648.90 |
| 08/30/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 24.54 | 20,624.36 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 20,624.36 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 23,000.00 | COLUMN TOTALS | | 20,700.62 | 20,700.62 | 0.00 |
| Memo Allocation Disbursements: | 2,300.00 | Less: Bank Transfers/CD's | | 0.00 | 20,624.36 | |
| | | Subtotal | | 20,700.62 | 76.26 | |
| Memo Allocation Net: | 20,700.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 20,700.62 | 76.26 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 23,000.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 2,300.00 | Checking - ********2945 | | 9,394.00 | 896.24 | 29,122.12 |
| Total Memo Allocation Net: | 20,700.00 | Money Market Account (Interest Earn - ********6257 | | 20,700.62 | 76.26 | 0.00 |
| | | Page Subtotals | | 20,700.62 | 20,700.62 | |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-26859 -TB |
| Case Name: | MENN, MICHAEL |
| Taxpayer ID No: | *******9878 |
| For Period Ending: | 03/21/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6257  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 30,094.62 | 972.50 | 29,122.12 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 21, 2015 |
|---|---|---|---|---|---|---|

Case Number: 11-26859
Debtor Name: MENN, MICHAEL

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Phillip D. Levey | Administrative | | $0.00 | $13,635.00 | $13,635.00 |
| 001<br>2100-00 | PHILLIP D. LEVEY | Administrative | | $0.00 | $3,989.46 | $3,989.46 |
| 001<br>2200-00 | PHILLIP D. LEVEY | Administrative | | $0.00 | $77.74 | $77.74 |
| 000001<br>070<br>7100-00 | FIA CARD SERVICES, N.A. successor<br>to Bank of America NA USA and<br>MBNA America Bank NA<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $12,250.71 | $12,250.71 |
| 000002<br>070<br>7100-00 | BMO Harris Bank<br>L Judson Todhunter Howard &<br>Howard Attorneys PLLC<br>200 S Michigan Avenue Suite 1100<br>Chicago, IL 60604 | Unsecured | | $0.00 | $102,621.82 | $102,621.82 |
| 000003<br>070<br>7100-00 | BMO Harris Bank<br>L Judson Todhunter Howard &<br>Howard Attorneys PLLC<br>200 S Michigan Ave Suite 1100<br>Chicago, IL 60604 | Unsecured | | $0.00 | $339,441.00 | $0.00 |
| 000004<br>070<br>7100-00 | BMO Harris Bank<br>L Judson Todhunter Howard &<br>Howard Attorneys PLLC<br>200 S Michigan Avenue Suite 1100<br>Chicago, IL 60604 | Unsecured | | $0.00 | $199,479.00 | $0.00 |
| 000005<br>070<br>7100-00 | Total Design Build Solutions<br>Greenberg Traung LLP<br>Attn: Matthew Gensburg<br>77 W Wacker Drive Suite 3100<br>Chicago, IL 60601 | Unsecured | Withdrawn | $0.00 | $10,728.55 | $0.00 |
| 000006<br>070<br>7100-00 | BMO Harris Bank<br>L Judson Todhunter Howard &<br>Howard Attorneys PLLC<br>200 S Michigan Avenue Suite 1100<br>Chicago, IL 60604 | Unsecured | | $0.00 | $65,145.26 | $0.00 |
| 000007<br>070<br>7100-00 | Design Construction Concepts<br>Greenberg Traung LLP<br>Attn: Matthew Gensburg<br>77 W Wacker Drive Suite 3100<br>Chicago, IL 60601 | Unsecured | Withdrawn | $0.00 | $81,750.00 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 21, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 11-26859 | Priority Sequence | | | | |
| Debtor Name: | MENN, MICHAEL | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $0.00 | $829,118.54 | $132,574.73 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-26859  
Case Name: MENN, MICHAEL  
Trustee Name: Phillip D. Levey  

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. successor | $ | $ | $ |
| 000002 | BMO Harris Bank | $ | $ | $ |
| 000003 | BMO Harris Bank | $ | $ | $ |
| 000004 | BMO Harris Bank | $ | $ | $ |
| 000006 | BMO Harris Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE