# UNITED STATES BANKRUPTCY COURT
## NORTERN  DISTRICT OF  ILLINOIS
## EASTERN  DIVISION

In re:                              §
                                    §
MENN, MICHAEL                       §     Case No. 11-26859
                                    §
           Debtor(s)                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        Jeffrey P. Allsteadt
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/29/2015 in Courtroom 613,
        United States Courthouse
        219 South Dearborn Street
        Chicago, Illinois  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Jeffrey P. Allsteadt_____
                                              Clerk of The United States Bankruptcy
                                                              Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| MENN, MICHAEL | § | Case No. 11-26859 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 32,394.62 |
| and approved disbursements of | $ | 3,272.50 |
| leaving a balance on hand of[1] | $ | 29,122.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Phillip D. Levey | $ 3,989.46 | $ 0.00 | $ 3,989.46 |
| Trustee Expenses: Phillip D. Levey | $ 77.74 | $ 0.00 | $ 77.74 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 13,635.00 | $ 0.00 | $ 13,635.00 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 17,702.20 |
| Remaining Balance | $ | 11,419.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,872.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. successor | $ 12,250.71 | $ 0.00 | $ 1,217.89 |
| 000002 | BMO Harris Bank | $ 102,621.82 | $ 0.00 | $ 10,202.03 |
| 000003 | BMO Harris Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | BMO Harris Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | BMO Harris Bank | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    11,419.92

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-26859-TAB
Michael Menn                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 2              Date Rcvd: Apr 03, 2015
                              Form ID: pdf006            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2015.
```
db            +Michael Menn,    1930 Phillips Ave.,    Northbrook, IL 60062-5121
17477762      +Andrew Poticha,    4068 Lindenwood Lane,    Northbrook, IL 60062-1124
18856062     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   FIA CARD SERVICES, N.A. successor,    to Bank of America NA USA and,
                 MBNA America Bank NA,    PO Box 15102,    Wilmington, DE 19886-5102)
17477771      +BMO Harris Bank,    L Judson Todhunter Howard &,    Howard Attorneys PLLC,
                200 S Michigan Avenue Suite 1100,    Chicago, IL 60604-2461
17477763      +Chase,   201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
17477764      +Chase- Bp,   225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
17477765      +Design Construction Concepts,    Greenberg Traung LLP,    Attn: Matthew Gensburg,
                77 W Wacker Drive Suite 3100,    Chicago, IL 60601-4904
17477766      +Design Construction Concepts, Ltd.,    425 Huehl Rd., Unit 15B,    Northbrook, IL 60062-2323
17477768      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
17477769       Fia Csna,   4060 Ogletown/stanton Rd,    Newark, DE   19713
17822876      +Gerri M Menn,    1930 Phillips Ave,    Northbrook, IL 60062-5121
17477770      +Harris N.a.,    Po Box 94034,    Palatine, IL 60094-4034
17477772      +Harris Trust And Savings,    111 W Monroe St,    Chicago, IL 60603-4095
17477773      +Ira Singer,    914 Wayne Avenue,    Deerfield, IL 60015-2863
17477760      +Menn Michael,    1930 Phillips Ave,    Northbrook, IL 60062-5121
17477774      +Michael Frazin,    395 Landis Lane,    Deerfield, IL 60015-3421
17477775      +Mosaic Construction, LLC,    425 Huehl Rd., Unit 15B,    Northbrook, IL 60062-2323
17477777      +Total Design Build Solutions,    Greenberg Traung LLP,    Attn: Matthew Gensburg,
                77 W Wacker Drive Suite 3100,    Chicago, IL 60601-4904
17477778     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Us Bank,    Po Box 5227,    Cincinnati, OH  45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17477767      +E-mail/PDF: mrdiscen@discover.com Apr 03 2015 23:23:32     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
17477776      +E-mail/Text: bankrup@aglresources.com Apr 03 2015 23:19:48     Nicor Gas,    1844 Ferry Road,
                Naperville, IL 60563-9600
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19056883*     +BMO Harris Bank,    L Judson Todhunter Howard &,    Howard Attorneys PLLC,
                200 S Michigan Ave Suite 1100,    Chicago, IL 60604-2461
17477761     ##+Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2015 at the address(es) listed below:
          John E Gierum    on behalf of Defendant Michael  Menn jgierum@7trustee.net, karen@gierummantas.com
          John E Gierum    on behalf of Debtor Michael  Menn jgierum@7trustee.net, karen@gierummantas.com
          L. Judson Todhunter    on behalf of Plaintiff    BMO HARRIS BANK N.A. JTodhunter@howardandhoward.com
          L. Judson Todhunter    on behalf of Creditor    BMO Harris Bank JTodhunter@howardandhoward.com
          Matthew T. Gensburg    on behalf of Creditor Design Construction Concepts, Ltd. Old Design, Ltd.
           f/k/a MGensburg@dandgpc.com,    chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
```

```
District/off: 0752-1            User: mhenley              Page 2 of 2              Date Rcvd: Apr 03, 2015
                                Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Matthew T. Gensburg   on behalf of Creditor   TDBS, Inc. MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
          Matthew T. Gensburg   on behalf of Creditor   Mosaic Construction, LLC MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
          Matthew T. Gensburg   on behalf of Creditor Andrew  Poticha MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
          Matthew T. Gensburg   on behalf of Creditor   M&P Partnership MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
          Matthew T. Gensburg   on behalf of Creditor Michael  Frazin MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
          Matthew T. Gensburg   on behalf of Creditor   Design Construction Concepts MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
          Matthew T. Gensburg   on behalf of Creditor Ira  Singer MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
          Matthew T. Gensburg   on behalf of Creditor   DCC, Inc. MGensburg@dandgpc.com, chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
          Matthew T. Gensburg   on behalf of Creditor   Total Design Build Solutions, Inc. MGensburg@dandgpc.com,   chidocket@gtlaw.com;ChiBkyDocket@gtlaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ   on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com, plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ   levey47@hotmail.com,  plevey@ecf.epiqsystems.com
          Scott C. Frost   on behalf of Creditor   BMO Harris Bank sfrost@howardandhoward.com, drizzuto@howardandhoward.com

                                                                                                      TOTAL: 18