UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11 bk 26859 |
| MICHAEL MENN ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO PHILLIP D. LEVEY ESQ, ATTORNEY FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 13,635.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 27.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 13,608.50 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 13,608. 00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1) **Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 27.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: _____, 2015

Timothy A. Barnes
United States Bankruptcy Judge

29 APR 2015

**Law Office of Phillip D. Levey**

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **Asset Analysis & Recovery** | | | |
| 8/26/2011 | Preparation and assembly of Trustee's Motion to Extend Time to Assume or Reject Executory Contracts and Order re same. | 1.10 | NO CHARGE |
| 9/13/2011 | Preparation and assembly of Notice of Withdrawal re Trustee's Motion to Extend Time to Assume or Reject Executory Contracts. | 0.30 | NO CHARGE |
| 3/20/2012 | Review of Michael Menn Irrevocable Trust Agreement. | 1.30 | 585.00 |
|  | Review of Circuit Court records re probate estate of Meta Menn and debtor's right to inheritance re same. | 1.60 | 720.00 |
| 4/5/2012 | Email to attorney John Gierum re turnover Hublot watch. | 0.20 | 90.00 |
| 3/20/2013 | Review of Digest of Trust of Meta Menn re possible interest of Michael Menn re same. | 0.40 | 180.00 |
| 10/17/2013 | Preparation and assembly of Trustee's Motion to Compel Debtor to Turnover Property and Documents and Order re same. | 0.90 | 405.00 |
| 10/21/2013 | Teleconference with attorney John Gierum re motion to compel turnover of tax refund. | 0.20 | 90.00 |
|  | Review of e-mail from attorney John Gierum re turnover of 2010 income tax refunds and additional review of 2010 income tax returns re same. | 0.30 | 135.00 |
| 10/29/2013 | Court re Trustee's Motion to Compel Turnover of Documents and Income Tax Refund. | 0.60 | 270.00 |
| 10/30/2013 | Draft Amended Trustee's Motion to Compel Debtor to Turnover Income Tax Refund including research re same and Order re same. | 1.40 | 630.00 |
| 12/4/2013 | Court re Amended Trustee's Motion to Compel Turnover of Income Tax Refunds. E-mail to attorney John Gierum re same. | 0.60 | 270.00 |
| 1/13/2014 | Preparation and assembly of Trustee's Motion to Show Cause Why Michael Menn Should Not Be Held in Contempt and Order re same. | 1.40 | 630.00 |
| 1/22/2014 | Court re Trustee's Motion to Show Cause Why Michael Menn Should Not Be Held in Contempt. | 0.60 | 270.00 |
|  | Conference with Michael Menn re pending Trustee's Contempt Motion and resoltuion of same. | 0.40 | 180.00 |

(1) Lumping

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 2/10/2014 | Preparation and filing of Notice of Withdrawal of Motion to Show Cause Why Michael Menn Should Not Be Held in Contempt. | 0.30 | 135.00 |
| 10/20/2014 | Teleconference with attorney Matthew Gensburg re Trustee's Motion for Rule 2004 Discovery re claims of Total Design Build Solutions and Design Construction Concepts and Trustee's objections to same. E-mail to attorney Matthew Gensburg re same. | 0.50 | 225.00 |
| | SUBTOTAL: | [  12.10 | 4,815.00] |

### Asset Disposition

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 3/21/2012 | Teleconference with attorney John Gierum re sale of Chicago Bears tickets. | 0.30 | 135.00 |
| | Preparation and assembly of Trustee's Emergency Motion to Compel Debtor to Cooperate in Sale of Chicago Bears Tickets and Order re same. | 2.60 | 1,170.00 |
| 3/26/2012 | Preparation and assembly of Trustee's Motion to Sell Chicago Bears Personal Seat Licenses and Order re same. | 1.80 | 810.00 |
| 3/28/2012 | Court re Trustee's Emergency Motion to Compel Debtor to Cooperate in Sale of Chicago Bears Tickets. | 0.80 | 360.00 |
| 4/3/2012 | Court re Trustee's Motion to Sell Bears Personal Seat Licenses and Trustee's Application to Employ Counsel. | 0.70 | 315.00 |
| 10/22/2013 | Preparation and assembly of Trustee's Motion to Sell Watches and Order re same. | 0.80 | 360.00 |
| 11/12/2013 | Court re Trustee's Motion to Sell Watches and continued hearing on Trustee's Motion to Compel Debtor to Turnover Income Tax Refunds. | 0.70 | 315.00 |
| | SUBTOTAL: | [  7.70 | 3,465.00] |

### Claims Administration & Objections

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 3/20/2013 | Review of BMO Harris Motion to Approve Settlement Agreement and Dismissal of action objecting to discharge and dischargeability. | 0.30 | 135.00 |
| 7/6/2014 | E-mail to attorney John Gierum re objections to claims numbers 2, 3, 4, 5, 6 and 7. | 0.40 | 180.00 |
| 7/7/2014 | Teleconference with Michael Menn re validity of various claims. | 0.20 | 90.00 |
| | E-mail to attorney John Gierum re validity of various claims. | 0.10 | 45.00 |
| 7/8/2014 | E-mail to attorney Judson Todhunter re secured status of Claim Nos. 3, 4 and 6 and Trustee's request for possible withdrawal of same as well as request for production of records re Claim No. 2 all filed by BMO Harris Bank. | 0.70 | 315.00 |

Page 3

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/17/2014 | Preparation and assembly of Trustee's Motion to Determine Value of Claim Numbers 3, 4 and 6 Filed by BMO Harris Bank and Order re same. | 3.50 | 1,575.00 |
| 7/22/2014 | Ct re Trustee's Motion to Determine Value of Claims 3, 4 and 6 Filed By BMO Harris Bank. | 0.70 | 315.00 |
| 8/5/2014 | Teleconference with attorney Matthew Gensberg re basis for Claim of Design Construction re oral loan, release of same under "Binding Agreement" between debtor and claimant and production of documents re same. | 0.40 | 180.00 |
| 8/18/2014 | Legal research re sanctions re failure to attach documents re Claim No. 7 filed by Design Construction Concepts, Inc. pursuant to Bankrputcy Rule 3001. | 0.40 | 180.00 |
| 8/20/2014 | E-mail to attorney Matthew Gensburg re documentation re claim of Design Constructiom. | 0.20 | 90.00 |
|  | Teleconference with attorney Matthew Gensburg re production of documents re claim of Design Construction. | 0.10 | 45.00 |
| 8/27/2014 | Review of documents produced by attorney Matthew Gensburg and e-mail re same in support of claim of Design Construction Concepts. E-mail to attorney Gensburg in re same. | 0.90 | 405.00 |
|  | Teleconference with attorney Matthew Gensburg re Trustee's objeciton to claim of Design Construction Concepts. | 0.30 | 135.00 |
|  | Review of multiple e-mails from debtor re his objection to claim of Design Construction Concepts. | 0.30 | 135.00 |
| 10/8/2014 | Preparation and assembly of Trustee;'s Motion for Rule 2004 Examination of Andrew Poticha, Michael Frazin, Ira Singer, Total Design Build Solutions, Inc. and Design Construction Concepts, Ltd. and Order re same. | 0.90 | 405.00 |
| 10/14/2014 | Teleconference with attorney Matthew Gensburg re proceeding with Trustee's Motion for Discovery Pursuant to Rule 2004. | 0.20 | 90.00 |
| 10/28/2014 | Court re Trustee's Motion for Rule 2004 Dsicovery re Design Construction Concepts, et al. | 0.60 | 270.00 |
|  | SUBTOTAL: | [ 10.20 | 4,590.00] |

Fee/Employment Applications

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/20/2012 | Preparation and assembly of Trustee's Application to Employ Counsel and Order re same. | 0.70 | 315.00 |
| 4/3/2012 | Court re Trustee's Application to Employ Counsel. | 0.30 | 135.00 |
| 2/4/2015 | Preparation and assembly of Trustee's Attorney's Application for Compensation and Order re same. | 0.40 | 180.00 |

|  | Hours | Amount |
|---|---|---|
| | | Page 4 |
| 2/4/2015 Court re Trustee's Attorney's Application for Compensation. (Estimated) | 0.30 | 135.00 |
| SUBTOTAL: | [  1.70 | 765.00] |
| **For professional services rendered** | 31.70 | $13,635.00 |
| Balance due | | $13,635.00 |