UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
MENN, MICHAEL                             §    Case No. 11-26859
                                          §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Phillip D. Levey_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harris N.a. Po Box 94034 Palatine, IL 60094 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Trust And Savings 111 W Monroe St Chicago, IL 60603 | | | | | |
| | Harris Trust And Savings 111 W Monroe St Chicago, IL 60603 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TRANSFER MARKETPLACE | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrew Poticha 4068 Lindenwood Lane Northbrook, IL 60062 | | | | | |
| | Chase 201 N. Walnut St//de1-1027 Wilmington, DE 19801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase- Bp 225 Chastain Meadows Court Kennesaw, GA  30144 | | | | | |
| | Design Construction Concepts, Inc. 425 Huehl Rd., Unit 15B Northbrook, IL 60062 | | | | | |
| | Design Construction Concepts, Ltd. 425 Huehl Rd., Unit 15B Northbrook, IL 60062 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH  45040 | | | | | |
| | Fia Csna 4060 Ogletown/stanton Rd Newark, DE  19713 | | | | | |
| | Harris N.A. 111 W. Monroe St. Chicago, IL  60603-4095 | | | | | |
| | Harris N.A. 111 W. Monroe St. Chicago, IL  60603-4095 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ira Singer 914 Wayne Avenue Deerfield, IL 60015 | | | | | |
| | Michael Frazin 395 Landis Lane Deerfield, IL 60015 | | | | | |
| | Mosaic Construction, LLC 425 Huehl Rd., Unit 15B Northbrook, IL 60062 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Total Design Build Solutions, Inc. 425 Huehl Rd., Unit 15B Northbrook, IL 60062 | | | | | |
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | | | | |
| 000002 | BMO HARRIS BANK | | | | | |
| 000003 | BMO HARRIS BANK | | | | | |
| 000004 | BMO HARRIS BANK | | | | | |
| 000006 | BMO HARRIS BANK | | | | | |
| 000007 | DESIGN CONSTRUCTION CONCEPTS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | TOTAL DESIGN BUILD SOLUTIONS | | | | | |
| 000001 | FIA CARD SERVICES, N.A. SUCCESSOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-26859 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | MENN, MICHAEL | | | Date Filed (f) or Converted (c): | 06/28/11 (f) |
| | | | | 341(a) Meeting Date: | 07/29/11 |
| For Period Ending: 03/21/15 | | | | Claims Bar Date: | 06/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 3. Joint money market account at Harris | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Whole life insurance policy with Sun Life | 0.00 | 0.00 | | 0.00 | FA |
| 7. IRA at Prudential | 35,340.35 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. IRA at Prudential | 35,312.63 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 100% ownership interest in Michael Menn, Ltd (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10. Commissions | 0.00 | 0.00 | | 0.00 | FA |
| 11. Hublot and Rolex Watches (u) | 1,000.00 | 0.00 | | 1,300.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Ira Singer Note (u) | 36,500.00 | 0.00 | | 0.00 | FA |
| 13. Michael Frazin Note (u) | 36,500.00 | 0.00 | | 0.00 | FA |
| 14. Commissions due Michael Menn, Ltd. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Tax Refund (u) | 4,800.00 | 8,094.00 | | 8,094.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. 1999 Lexus (u) | 2,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. Office Equipment (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

LFORM1

Ver: 18.04

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 11-26859 TB Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MENN, MICHAEL | Date Filed (f) or Converted (c): | 06/28/11 (f) |
| | | 341(a) Meeting Date: | 07/29/11 |
| | | Claims Bar Date: | 06/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. 4 Bears Season Ticket Licenses (u) | 7,000.00 | 23,000.00 | | 23,000.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.62 | Unknown |

TOTALS (Excluding Unknown Values)     $162,052.98     $31,094.00     $32,394.62     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Resolution of Trustee's objections to Claim Nos. 5 and 7.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 02/15/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-26859 -TB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MENN, MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2945  Checking |
| Taxpayer ID No: | *******9878 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 20,624.36 | | 20,624.36 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.71 | 20,611.65 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.13 | 20,598.52 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.70 | 20,585.82 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.11 | 20,572.71 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.58 | 20,542.13 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA  70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 17.31 | 20,524.82 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.59 | 20,497.23 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.48 | 20,466.75 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.44 | 20,437.31 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.38 | 20,406.93 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.36 | 20,377.57 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.30 | 20,347.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.25 | 20,317.02 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 20,287.79 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.16 | 20,257.63 |
| 12/05/13 | 11 | Michael Menn | Sale of Watches | 1229-000 | 1,300.00 | | 21,557.63 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.15 | 21,528.48 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.76 | 21,496.72 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.96 | 21,464.76 |
| 02/26/14 | 15 | Michael Menn | Tax Refund - Installment | 1224-000 | 1,094.00 | | 22,558.76 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.98 | 22,529.78 |
| 03/16/14 | 15 | Gerri Menn 1930 Phillips Northbrook, IL | Tax Refund Installment | 1224-000 | 1,000.00 | | 23,529.78 |
| 04/01/14 | 010002 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 5.68 | 23,524.10 |

Page Subtotals  24,018.36  494.26

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-26859 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MENN, MICHAEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2945 Checking |
| Taxpayer ID No: | *******9878 | | |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.21 | 23,489.89 |
| 04/30/14 | 15 | Gerri Menn | Tax Refund-Installment Payment | 1224-000 | 2,000.00 | | 25,489.89 |
| | | 1930 Phillips Ave | | | | | |
| | | Northbrook, IL | | | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.90 | 25,455.99 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.85 | 25,418.14 |
| 06/18/14 | 15 | Michael Menn | Tax Refund-Installment Payment | 1224-000 | 1,000.00 | | 26,418.14 |
| 06/18/14 | 15 | Michael Menn | Tax Refund-Installment Payment | 1224-000 | 1,500.00 | | 27,918.14 |
| 07/06/14 | 15 | Michael Menn | Tax Refund-Installment Payment | 1224-000 | 1,500.00 | | 29,418.14 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.13 | 29,380.01 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.25 | 29,336.76 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.62 | 29,293.14 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.15 | 29,250.99 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.49 | 29,207.50 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.02 | 29,165.48 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.36 | 29,122.12 |
| 05/02/15 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 13,608.00 | 15,514.12 |
| 05/02/15 | 010004 | PHILLIP D. LEVEY | Trustee Compensation | 2100-000 | | 3,989.46 | 11,524.66 |
| 05/02/15 | 010005 | PHILLIP D. LEVEY | Trustee Expenses | 2200-000 | | 77.74 | 11,446.92 |
| 05/02/15 | 010006 | FIA CARD SERVICES, N.A. successor | Claim 000001, Payment 9.96489% | 7100-900 | | 1,220.77 | 10,226.15 |
| | | to Bank of America NA USA and | (1-1) Modified to correct creditor | | | | |
| | | MBNA America Bank NA | name. Modified on 5/3/2012 (cg) | | | | |
| | | PO Box 15102 | | | | | |
| | | Wilmington, DE 19886-5102 | | | | | |
| 05/02/15 | 010007 | BMO Harris Bank | Claim 000002, Payment 9.96489% | 7100-000 | | 10,226.15 | 0.00 |
| | | L Judson Todhunter Howard & | (2-1) Modified to correct creditor | | | | |
| | | Howard Attorneys PLLC | name/address. Modified on 6/20/2012 (cg) | | | | |

Page Subtotals   6,000.00   29,524.10

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-26859 -TB |
| Case Name: | MENN, MICHAEL |
| Taxpayer ID No: | *******9878 |
| For Period Ending: | 06/09/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2945  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 200 S Michigan Avenue Suite 1100 Chicago, IL 60604 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 30,018.36 | 30,018.36 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 20,624.36 | 0.00 | |
| | | Subtotal | 9,394.00 | 30,018.36 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 9,394.00 | 30,018.36 | |

Page Subtotals        0.00        0.00

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-26859 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MENN, MICHAEL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6257 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9878 | | |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/12 | | Transfer Marketplace<br>3120 Southwest Freeway, Suite 615<br>Houston, TX 77098 | Sale of Bears Tickets | | 20,700.00 | | 20,700.00 |
| | 18 | TRANSFER MARKETPLACE | Memo Amount: 23,000.00<br>Sale of Bears Tickets | 1129-000 | | | |
| | | TRANSFER MARKETPLACE | Memo Amount: ( 2,300.00 )<br>Transaction Fee | 2500-000 | | | |
| 05/31/12 | 19 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 20,700.12 |
| 06/29/12 | 19 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,700.28 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.60 | 20,675.68 |
| 07/31/12 | 19 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,675.86 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 27.12 | 20,648.74 |
| 08/30/12 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 20,648.90 |
| 08/30/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 24.54 | 20,624.36 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 20,624.36 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 23,000.00 | COLUMN TOTALS | 20,700.62 | 20,700.62 | 0.00 |
| Memo Allocation Disbursements: | 2,300.00 | Less: Bank Transfers/CD's | 0.00 | 20,624.36 | |
| | | Subtotal | 20,700.62 | 76.26 | |
| Memo Allocation Net: | 20,700.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 20,700.62 | 76.26 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 23,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 2,300.00 | Checking - ********2945 | 9,394.00 | 30,018.36 | 0.00 |
| | | Money Market Account (Interest Earn - ********6257 | 20,700.62 | 76.26 | 0.00 |
| Total Memo Allocation Net: | 20,700.00 | | | | |
| | | Page Subtotals | 20,700.62 | 20,700.62 | |

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-26859 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MENN, MICHAEL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6257 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9878 | | |
| For Period Ending: | 06/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 30,094.62 | 30,094.62 | 0.00 |
| | | | | | ========== | ========== | ========== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*